IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **Dora Luz Sauceda,** § § § § | |
| Plaintiff § | |
| § | Case Number: B-04-049 |
| Vs. § | |
| § | |
| **Jo Anne B. Barnhart, Commissioner of The** § | |
| **Social Security Administration,** § | |
| § | |
| Defendant § | |

### CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Plaintiff, to certify that Plaintiff is the only party with a financial interest in the outcome of this case. However, Social Security benefits are inheritable and the Act provides that Plaintiff's attorney may be paid out of any award of back benefits. Therefore, if the Court considers that these are also interested parties then Plaintiff's attorney and her heirs are also hereby interested herein.

Respectfully submitted this 11th day of March 2004.

INGRAM LAW FIRM, P.C.

By: _____
JOHN J. INGRAM II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A No. McColl
McAllen, Texas 78501
Tel: (956) 661-0074
Fax: (956) 661-0047