IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Dora Luz Sauceda** | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | Civil Action No.:**B-04-049** |
| | § | |
| **Jo Anne B. Barnhart**, Commissioner | § | |
| Social Security Administration | § | |
| *Defendant.* | § | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

I, the undersigned, do hereby certify that the following parties have been served with a duly authorized Summons and a copy of the Compliant for the cause as captioned above:

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

Via Certified Mail
RRR #: 7002 3150 0006 8294 8210
(Return Receipt Attached as Exhibit "A")

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

Via Certified Mail
RRR #: 7002 3150 0006 8294 8203
(Return Receipt Attached as Exhibit "B")

Michael Shelby, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, TX 77208-002

Via Certified Mail
RRR #: 7002 3150 0006 8294 8227
(Return Receipt Attached as Exhibit "C")

**WHEREFORE, PREMISES CONSIDERED**, and as attested to by the Exhibits attached and incorporated for all purposes, Plaintiff submits that Service has been Perfected.

Respectfully signed and submitted this the 6th day of April, 2004.

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II
Attorney-In-Charge
TX. Bar No.: 24015447
3016-A N. McColl
McAllen, Texas 78501
Tel:   (956) 661-0074
Fax:   (956) 661.0047

# Exhibit "A"



JOHN J. INGRAM, II

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

March 23, 2004

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

**Via Certified Mail**
**RRR #:7002 3150 0006 8294 8210**

RE:    Cause Number: **B-04-049; Dora Luz Sauceda, Social Security No.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**, Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter is a Summons issued as well as a copy of the relative Complaint. This reference material is been sent to you respectively via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

Southern District of Texas     Brownsville Division

**Dora Luz Sauceda,** *Plaintiff*

**SUMMONS IN A CIVIL CASE**

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

CASE NUMBER: **B-04-049**

TO: (Name and address of Defendant)

> The Honorable John Ashcroft
> Attorney General of the United States
> 10th Street and Constitution Avenue, N.W.
> Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Ingram Law Firm, P.C.
> John J. Ingram, II
> 3016-A N. McColl
> McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                    3-16-04
_____              _____
CLERK                                                              DATE

_m Perez_
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ *Dora L. Sauceda* | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |

7002 3150 0006 8294 8210

*The Honorable John Ashcroft*
*United States Attorney General*
*10th Street and Constitution Avenue, N.W.*
*Washington, DC 20530*

PS Form 3800, June 2002                 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *The Honorable John Ashcroft*
   *United States Attorney General*
   *10th Street and Constitution Avenue, N.W.*
   *Washington, DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 29 2004

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0006 8294 8210

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Dora Luz Sauceda, § | | |
| Plaintiff § | | |
| § | Case No.: **B-04-049** | |
| vs. § | | |
| § | | |
| Jo Anne B. Barnhart, Commissioner of The § | | |
| Social Security Administration, § | | |
| Defendant § | | |

## COMPLAINT

Plaintiff, by her attorney, alleges as follows:

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

2. This action is an appeal from a final administrative decision denying plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated **September 26, 2003.**

4. Plaintiff resides at **P.O. Box 63, Lyford, Willacy County, Texas 78569-0063**

5. The defendant is the Commissioner of Social Security.

6. Plaintiff is disabled.

7. The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation.

**WHEREFORE,** plaintiff prays that this Court:

1. find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2. remand the case for a further hearing;

3. award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

4. on such other and further relief as the Court deems just and proper.

Dated at McAllen, Texas, the **11th** day of **March, 2004**.

INGRAM LAW FIRM, P.C.

BY: _____
JOHN J. INGRAM, II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A No. McColl
McAllen, Texas 78501
Tel: (956) 661-0074
Fax: (956) 661-0047

# Exhibit "B"



JOHN J. INGRAM, II

# INGRAM LAW FIRM, P.C.

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

March 23, 2004

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

**Via Certified Mail**
**RRR #: 7002 3150 0006 8294 8203**

RE:  Cause Number: **B-04-049; Dora Luz Sauceda, Social Security No.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**, Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter is a Summons issued as well as a copy of the relative Complaint. This reference material is been sent to you respectively via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

---

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

Southern District of Texas      Brownsville Division

**Dora Luz Sauceda,** *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-04-049

TO: (Name and address of Defendant)

> General Counsel, Social Security Administration
> Room 611
> 6401 Security Blvd.
> Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Ingram Law Firm, P.C.
> John J. Ingram, II
> 3016-A N. McColl
> McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ____Sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk    3-16-04

CLERK    DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ *Dora L Sauceda* |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total F | |

Sent To: *General Counsel Of Social Security Administration*
Street, or PO B: *6401 Security Boulevard, Room 611*
City, St: *Baltimore, MD 21235*

Article number: 7002 3150 0006 8294 8203

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*General Counsel Of*
*Social Security Administration*
*6401 Security Boulevard, Room 611*
*Baltimore, MD 21235*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  SOCIAL SECURITY ADMINISTRATION   ☐ Agent
    BALTIMORE, MARYLAND 21235        ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

MAR 3 0 2004

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0006 8294 8203

PS Form 3811

# Exhibit "C"



JOHN J. INGRAM, II

INGRAM
LAW FIRM, P.C.

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

March 23, 2004

Michael Shelby, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, Texas 77208-002

**Via Certified Mail**
**RRR #: 7002 3150 0006 8294 8227**

RE: Cause Number: **B-04-049; Dora Luz Sauceda, Social Security No.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**, Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter is a Summons issued as well as a copy of the relative Complaint. This reference material is been sent to you respectively via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas      Brownsville Division

**Dora Luz Sauceda,** *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-04-049

TO: (Name and address of Defendant)

    Michael Shelby, U.S. Attorney
    Southern District Of Texas
    910 Travis/P.O. Box 61129
    Houston, TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ingram Law Firm, P.C.
    John J. Ingram, II
    3016-A N. McColl
    McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk      3-16-04

CLERK      DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ Dora L Saucedo |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7002 3150 0006 8294 8227

Total Post
Sent To: Michael Shelby, U.S. Attorney
Street, Apt. or PO Box N: Southern District Of Texas
City, State: 910 Travis/P.O. Box 61129
Houston, Texas 77208-002

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Shelby, U.S. Attorney
   Southern District Of Texas
   910 Travis/P.O. Box 61129
   Houston, Texas 77208-002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0006 8294 8227

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540