

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DORA LUZ SAUCEDA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-049 |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE TRANSCRIPT

The Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, through Michael T. Shelby, United States Attorney for the Southern District of Texas, hereby files a certified copy of the transcript of the administrative proceeding in this case in accordance with section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, SSA
Special Assistant United States Attorney