IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **DORA LUZ SAUCEDA** | § § § |
| Plaintiff, | § § |
| VS. | § CIVIL ACTION B-04-049 |
| | § |
| **JO ANNE B. BARNHART**, Commissioner of Social Security Administration | § § § § § |
| Defendant. | § |

## UNOPPOSED MOTION TO SUSPEND THE ORDER FOR CONFERENCE

Plaintiff, Dora Luz Sauceda pursuant to Local Rule 16.1 moves the Court to suspend the Order For Conference entered March 16, 2004.

1. Local Rule 16.1 exempts social security appeals from the scheduled initial pretrial conference and the accelerated discovery procedures required by Fed.R.Civ.P. 26.

2. This case is a social security appeal and is exempted from the strictures of Fed.R.Civ.P 26.

3. An initial pretrial and scheduling conference is scheduled before the Honorable Hilda G. Tagle on July 26, 2004 at 2:45 p.m..

THEREFORE, Plaintiff, Dora Luz Sauceda requests that the Court suspend the Order For Conference pursuant to Local Rule 16.1.

Respectfully submitted,

_____
John J. Ingram, II
attorney-in-charge
Texas Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 - Telephone
(956) 661-0047 - Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing: "UNOPPOSED MOTION TO SUSPEND THE ORDER FOR CONFERENCE" has been furnished to Tasha Stevenson, Special Assistant United Stated Attorney, Office of the General Counsel, SSA, 1301 Young Street, Suite 430, Dallas, Texas 75202 by placing same in the United States Mail, certified, return receipt requested, on this ___ day of June 2004.

## CERTIFICATE OF CONFERENCE

On June 14, 2004 Defendant's counsel, Tasha Stevenson was contacted regarding this request. Ms. Stevenson is **unopposed.**

_____
John J. Ingram, II
attorney-in-charge
Texas Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, TX 78501
(956) 661-0074 - Telephone
(956) 661-0047 - Facsimile