IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| DORA LUZ SAUCEDA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-49 |
| § | |
| JO ANNE B. BARNHART, Commissioner, § | |
| of Social Security Administration § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on June 17, 2004, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio. This case is a social security appeal, and as such it is usually referred to the magistrate judge as a matter of course. Through oversight, the case was scheduled for an initial pretrial conference before Judge Tagle. The Court **GRANTS** Plaintiff's Unopposed Motion to Suspend the Order for Conference [Dkt. No. 8]. Magistrate Judge Recio will conduct any proceedings necessary to complete a report and recommendations.

DONE at Brownsville, Texas, this 17th day of June, 2004.

Hilda G. Tagle
United States District Judge

1