IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DORA LUZ SAUCEDA, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. B-04-049 |
| | ) |
| | ) |
| JO ANNE B. BARNHART | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| **Defendant** | ) |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time until August 4, 2004, to file a responsive pleading.   For grounds in support of this motion, the parties aver as follows:

1.     That additional time is needed to prepare Defendant's Motions For Summary Judgment.  The Defendant needs additional time to properly address the issues raised.

2.     This motion is being filed only so that justice may be served and not for the purpose of delay. The parties request immediate consideration of this motion due to the seriousness of the issues and shortness of available time.

WHEREFORE, Defendant request that the Court issue an Order enlarging until August 4, 2004, the time within which Defendant will file her Motion For Summary Judgment.  In addition, we are asking that the Court, if it deems it warranted, that the Plaintiff have additional time to file a

response to Defendant's Motion For Summary Judgment.

Respectfully Submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, SSA
Special Assistant United States Attorney

By: _____

TASHA STEVENSON
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 28157
State Bar No. 97245
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph.: (214) 767-4536
Fax: (214) 767-9189

## CERTIFICATE OF CONFERENCE

On June 28, 2004 the undersigned counsel contacted Mr. Ingram's office and left a message regarding the above mentioned motion. However, at the time of preparation of this motion Mr. Ingram had not returned my call. Therefore, it is unclear whether this motion is opposed or unopposed.

_____

TASHA STEVENSON
Attorney-in-Charge
Special Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

The undersigned attorney does hereby certify that a true and correct copy of the foregoing

motion for enlargement of time was sent to John Ingram, 3016-A North McColl, McAllen, Texas

78501on June **29th**, 2004, via certified mail.

TASHA STEVENSON
Attorney-in-Charge
Special Assistant United States Attorney