IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DORA LUZ SAUCEDA, | ) |
| Plaintiff | ) |
| vs. | ) CIVIL ACTION NO. B-04-049 |
| JO ANNE B. BARNHART COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant | ) |

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

Pending before the court is Defendant's Motion for Enlargement of Time. IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until August 4, 2004, to file A Motion for Summary Judgment.

SIGNED  7-2-04 , 2004.

UNITED STATES MAGISTRATE JUDGE