United States District Court
Southern District of Texas
FILED

AUG 0 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DORA LUZ SAUCEDA,<br>　　Plaintiff | )<br>)<br>)<br>) |
| vs. | ) CIVIL ACTION NO. B-04-049<br>)<br>) |
| JO ANNE B. BARNHART<br>COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Jo Anne B. Barnhart, the Commissioner of the Social Security Administration, by and through her counsel of record, and hereby moves this Court to grant summary judgment in her favor, the Plaintiff having failed to identify sufficient grounds for remand or reversal of the Commissioner's final administrative decision.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　MICHAEL T. SHELBY
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　TINA M. WADDELL
　　　　　　　　　　　　　　　　Regional Chief Counsel, Region VI
　　　　　　　　　　　　　　　　Special Assistant United States Attorney

*[signature]*

TASHA W. STEVENSON
Special Assistant United States Attorney
Attorney in Charge
Arkansas Bar No. 97245
Federal Bar No. 28157
Office of the General Counsel
Social Security Administration, Region VI
1301 Young Street, Suite 430
Dallas, Texas 75202
Telephone (214) 767-4536

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served upon counsel for the plaintiff, John J. Ingram II, 3016-A N. McColl, McAllen, Texas 78501 by certified mail, on this 3rd day of August, 2004.

*[signature]*

TASHA W. STEVENSON
Special Assistant United States Attorney
Attorney in Charge

2