**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS11**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DORA LUZ SAUCEDA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-049 |
| | § | |
| JO ANNE B. BARNHART, Commissioner | § | |
| of the Social Security Administration, | § | |
| Defendant. | § | |

## ORDER

Defendant Jo Anne Barnhart is ORDERED to amend her Response to Plaintiff's Motion for Summary Judgment (Docket No. 13) to address all of Plaintiff's grounds for summary judgment. Specifically, Defendant must respond to Plaintiff's allegation that the Administrative Law Judge should not have relied exclusively on the Psychiatric Review Technique Form for a determination of Plaintiff's mental limitations (Docket No. 7 at 6). Defendant must comply with this order by December 10, 2004.

IT IS SO ORDERED

DONE this the 29th day of November, 2004, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge