UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DORA LUZ SAUCEDA | § | |
| | § | Civil Action No. B-04-049 |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of the | § | |
| Social Security Administration | § | |
| | § | |
| Defendant | § | |

## PLAINTIFF'S OBJECTIONS TO
## MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

The "Amended Report and Recommendation" of the Magistrate Judge inconsistently recommends that the plaintiff's Motion for Summary Judgment be denied while at the same time recommending the very relief the plaintiff requested in the Motion — remand to the Commissioner for further proceedings.

The plaintiff does not believe that she raised a new argument for the first time in her Objections to the Magistrate Judge's initial Report and Recommendation, as the Magistrate Judge states, but simply supplemented her argument to clarify what the Magistrate Judge overlooked or mis-understood. The original brief argued that expert vocational testimony was required, and implied that reliance on the medical-vocational guidelines when a claimant has significant non-exertional limitations, as the ALJ did, was an error of law. The plaintiff's Objections simply made explicit the argument that was implicit in the brief.

The plaintiff also points out that, in the Southern District of Texas, the designation of a litigant's brief for judicial review of the Commissioner's decision as a "Motion for Summary Judgment" is a mis-nomer which causes confusion. In judicial review of social security cases, the plaintiff typically argues that one or more issues of fact remain unresolved and the case should be remanded to the Commissioner as the trier of fact for further proceedings, whereas in a true motion for summary judgment the moving party must demonstrate that there is no genuine issue of fact and he or she is entitled to judgment outright as a matter of law. [F.R.Civ.P. 56]. If successful, the court faces the anomaly of granting the plaintiff's Motion for Summary Judgment because there is a genuine issue of fact to be resolved on remand to the Commissioner. In every other district of Texas, the plaintiff's brief is more accurately designated as "Plaintiff's Brief in Support of Judicial Review," thus avoiding this problem. The Chief Judges for each division in the Southern District of Texas may wish to consider this suggestion when a Complaint for judicial review is filed and uniformly issue a Scheduling Order specifying the designation of the title of the brief and contents of the brief.

WHEREFORE, for reasons stated, the plaintiff asks the Court to enter a Final Judgment which states that it GRANTS the plaintiff's Motion for Summary Judgment and REMANDS the case to the Commissioner for further proceedings pursuant to sentence four (4) of 42 USC 405(g). A proposed Final Judgment is hereto attached.

Respectfully submitted,

INGRAM LAW FIRM, P.C.

By: _____
JOHN J. INGRAM II
State Bar No. 24025447
Federal Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
Telephone:    (956) 661-0074
Facsimile:     (956) 661-0047

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed to the opposing counsel on January 10, 2004 by United States mail and by facsimile.

TASHA STEVENSON, Attorney-in-Charge
Special Assistant U. S. Attorney
Office of the General Counsel, SSA
1301 Young Street, Suite 430
Dallas, Texas 75202
Telephone: (214) 767-4536
Facsimile: (214) 767-9189

3