## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DORA LUZ SAUCEDA | § | |
| | § | Civil Action No.   B-04-049 |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of the | § | |
| Social Security Administration | § | |
| | § | |
| Defendant | § | |

## FINAL JUDGMENT

The Court, having considered the evidence and arguments of counsel, hereby adopts the Magistrate Judge's Amended Report and Recommendation as to the reasons this case should be remanded to the Commissioner; GRANTS the plaintiff's Motion for Summary Judgment; DENIES the defendant's Motion for Summary Judgment; and REMANDS the case to the Commissioner for further proceedings pursuant to sentence four (4) of 42 USC 405(g).

SIGNED on _____

_____
**United States District Judge**

4

5