UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DORA LUZ SAUCEDA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-049 |
| | § | |
| JO ANNE B. BARNHART, Commissioner | § | |
| of the Social Security Administration, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above referenced cause of action. After a de novo review of the file, the Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion for Summary Judgment (Docket No. 7) is DENIED and Defendant's Motion for Summary Judgment (Docket No. 12) is DENIED. The case is, however, REMANDED to the Commissioner of the Social Security Administration for clarification of the effect, if any, Plaintiff's nonexertional impairments have on her ability to perform the full range of sedentary work activities.

DONE at Brownsville, Texas this ____ day of _____, 2005.

Hilda Tagle
United States District Judge