United States District Court
Southern District of Texas
FILED

FEB 2 2 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DORA LUZ SAUCEDA § | |
| § | Civil Action No. B-04-049 |
| Plaintiff § | |
| § | |
| v. § | |
| § | |
| JO ANNE B. BARNHART, § | |
| Commissioner of the § | |
| Social Security Administration § | |
| § | |
| Defendant § | |

**UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT
(28 USC 2412)**

The plaintiff, through the undersigned attorney, JOHN J. INGRAM II, hereby moves the court to award attorney fees and other expenses to be paid by the defendant pursuant to the Equal Access to Justice Act ("EAJA") (28 USC 2412).

The plaintiff asks for an award of attorney fees and other expenses totaling $4,100 to be paid to the plaintiff's attorney calculated at a rate of $125.00 per hour for 31.6 hours of work on this case in federal court. The plaintiff is not responsible for payment of any other legal fees or expenses except those which are allowable under EAJA.

The plaintiff is entitled to receive reimbursement for attorney fees and other expenses pursuant to EAJA because (1) the motion is timely filed; (2) the plaintiff is the prevailing party; (3) the plaintiff's net worth did not exceed two million dollars at the time the civil action was filed; and (4) the position of the United States in this case, both in the administrative proceedings and in the civil action, was not substantially justified, and there are no special circumstances

which make an award under EAJA unjust.

This motion is supported by an affidavit of the plaintiff's attorney, and a memorandum of law which briefly addresses all of the requirements for the award of attorney fees and other expenses under EAJA.

                                        Respectfully submitted,

                                        JOHN J. INGRAM II
                                        State Bar No. 24025447
                                        3016-A N. McColl
                                        McAllen, Texas 78501
                                        (956) 661-0074 Phone
                                        (956) 661-0047 Facsimile

                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing: **"UNOPPOSED MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 USC 2412)"** has been furnished to Tasha W. Stevenson, Special Assistant United States Attorney, 1301 Young Street, Suite 430, Dallas, Texas by placing same in the United States Mail, certified, return receipt requested, on this 18th day of February 2005.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on February 18, 2004, I conferred with Tasha W. Stevenson and she does not oppose the **"UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT(28 USC 2412)"**.

ATTORNEY FOR PLAINTIFF