Exhibit 1
Summary of Attorney Costs and Hours Expended on
Dora Luz Sauceda  v. Commissioner of SSA
Case No. B-04-049

I.    Represented Plaintiff from March 2004

II.   HOURS

| Description | n/c hrs | Hours |
|---|---|---|
| Read ALJ decision / review file for  - FDC appeal (Did not represent Plaintiff at administrative level or have a complete file) | | 4.30 |
| Draft Complaint | | 0.50 |
| Review of administrative transcript , evaluate record. | | 3.40 |
| Draft Plaintiff's Brief in Support of request for Judicial Review | | 8.70 |
| Read / evaluate Magistrate Report | | 3.90 |
| Draft Objections to Magistrate Rpt. | | 9.80 |
| prepare EAJA application (estimate) | | 1.00 |
| Subtotal | | 31.60 |
| less "no charge" hours | 0.00 | |
| **Total** | | **31.60** |

III.  HOURLY RATE:  $125 per hour per PL 104-121, eff. 3/29/96

IV.   ATTORNEY FEE TOTAL:  $125 per hour  X          31.60          $3,950.00

V     COSTS    Filing Fee                                $150.00
               Certified Mail
      **Total**                                          $150.00

VI    **TOTAL**                                          . **$4,100.00**